# EXHIBIT 1

**U.S. Department of Labor**          Office of Labor-Management Standards
                                      Division of Enforcement
                                      Washington, DC 20210
                                      (202) 693-0143  Fax: (202) 693-1343



September 25, 2015

Mr. David McCune, President          Case Number: 520-6005692(01)
Laborers Local 872                   LM Number: 001-013
2345 Red Rock Street
Las Vegas, NV 89142

Dear Mr. McCune:

This letter confirms our agreement extending the time within which the Secretary of Labor may file suit under Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (LMRDA), 29 U.S.C. Section 481-484, as described below.

The Office of Labor-Management Standards (OLMS) received a complaint under Section 402 of the LMRDA, 29 U.S.C. Section 482, concerning the April 18, 2015 nomination of officers in Laborers Local 872, and OLMS is conducting an investigation concerning the matter.

This letter confirms our agreement that the time within which the Secretary of Labor may file suit under Section 402 of the LMRDA based on the filing of that complaint be extended to October 13, 2015. For that purpose, Laborers Local 872 waives any defenses it might otherwise have regarding the timeliness of a civil action based on the filing of the complaint which might be brought by the Secretary of Labor under Section 402 of the LMRDA on or before the extended date of October 13, 2015.

Please indicate your acceptance of this agreement by signing in the space provided below and faxing me a copy of the signed letter at (202) 693-1343. I will mail you a copy of the agreement with my signature for your records.

Sincerely,

*Stephen J. Willertz*

Stephen J. Willertz
Director, Office of Field Operations

The undersigned is authorized to act for and on behalf of Laborers Local 872 in this matter.

_____     _____     9/25/2017
Signature                 Title                      Date

cc: Mr. John Stevens