KRISTINA L. HILLMAN, Bar No. 7752
KERIANNE R. STEELE, Bar No. 10995
LAW OFFICES OF KRISTINA L. HILLMAN
　Affiliated with Weinberg, Roger & Rosenfeld
　A Professional Corporation
1594 Mono Avenue
P.O. Box 1987
Minden, Nevada 89423
Telephone (775) 770-4832
Fax (775) 782-6932
E-Mail:  khillman@unioncounsel.net
ksteele@unioncounsel.net

Attorneys for Defendant LOCAL 872, LABORERS'
INTERNATIONAL UNION OF NORTH AMERICA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD C. HUGLER, Acting Secretary of Labor, United States Department of Labor,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LOCAL 872, LABORERS INTERNATIONAL UNION OF NORTH AMERICA,<br><br>　　　　　　　　Defendant. | Case No. 2:15-cv-01979 GMN-CWH<br><br>**STIPULATION EXTENDING TIME FOR OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND (PROPOSED) ORDER**<br><br>Judge:  Gloria M. Navarro |

On February 6, 2017, Plaintiff Edward C. Hugler, Acting Secretary of Labor, United States Department of Labor filed a motion for summary judgment.  Pursuant to the Local Rules, any opposition must be filed on or before February 28, 2017.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

STIPULATION EXTENDING TIME FOR OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
Case No. 2:15-cv-01979 GMN-CWH

1  The parties, by and through their counsel of record hereby stipulate and agree that
2  Defendant Local 872, Laborers International Union of North America may have an additional
3  twelve (12) days, or until Friday, March 10, 2017, to file and serve its opposition to the Motion
4  for Summary Judgment.

Dated:  February 24, 2017

LAW OFFICES OF KRISTINA L. HILLMAN
 Affiliated with Weinberg, Roger & Rosenfeld
 A Professional Corporation

Respectfully Submitted:

/s/ *Kristina L. Hillman*
By:    Kristina L. Hillman
       Kerianne R. Steele

Attorneys for Defendant LOCAL 872, LABORERS' INTERNATIONAL UNION OF NORTH AMERICA

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated:  February 24, 2017

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

DANIEL G. BOGDEN
United States Attorney

/s/ *Troy K. Flake*
By:    Troy K. Flake
       Krystal J. Rosse
       Assistant United States Attorneys

Attorneys for Plaintiff EDWARD C. HUGLER, Acting Secretary of Labor, U.S. Department of Labor

**ORDER**

IT IS SO ORDERED.

Dated: February 24, 2017

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

139656\903639

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATION EXTENDING TIME FOR OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
Case No. 2:15-cv-01979 GMN-CWH