STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
KRYSTAL J. ROSSE
TROY K. FLAKE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *krystal.rosse@usdoj.gov; troy.flake@usdoj.gov*
*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD C. HUGLER, Acting Secretary of Labor, United States Department of Labor, | Case No. 2:15-cv-01979 GMN-CWH |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |
| v. | |
| LOCAL 872, LABORERS INTERNATIONAL UNION OF NORTH AMERICA, | |
| Defendant. | |

On March 10, 2017, Defendant Local 872, Laborers International Union of North

America filed its response (ECF 35) to Plaintiff's motion for summary judgment (ECF 31).

Pursuant to the Local Rules, Plaintiff's reply is due March 24, 2017.

///

///

///

///

///

///

///

///

///

1

The parties, by and through their counsel of record hereby stipulate and agree that Plaintiff may have until Friday, March 31, 2017, to file and serve its reply in support of its Motion for Summary Judgment.

Dated:  March 20, 2017

LAW OFFICES OF KRISTINA L. HILLMAN
Affiliated with Weinberg, Roger & Rosenfeld
A Professional Corporation

Respectfully Submitted:

*/s Kristina L. Hillman*

By:   Kristina L. Hillman
      Kerianne R. Steele

Attorneys for Defendant LOCAL 872,
LABORERS' INTERNATIONAL UNION OF
NORTH AMERICA

Dated:  March 20, 2017

STEVEN W. MYHRE
Acting United States Attorney

*/s Troy K. Flake*

By:   Troy K. Flake
      Krystal J. Rosse
      Assistant United States Attorneys

Attorneys for Plaintiff EDWARD C.
HUGLER, Acting Secretary of Labor, U.S.
Department of Labor

**ORDER**

IT IS SO ORDERED.

Dated:   3/22/17

_____
UNITED STATES DISTRICT JUDGE