DANIEL G. BOGDEN
United States Attorney
District of Nevada

KRYSTAL J. ROSSE
TROY K. FLAKE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *krystal.rosse@usdoj.gov*
      *troy.flake@usdoj.gov*

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD C. HUGLER, Acting Secretary of Labor, United States Department of Labor, | Case No. 2:15-cv-01979-GMN-CWH |
| Plaintiff, | |
| v. | **NOTICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(d), ERRATA AND ORDER** |
| LOCAL 872, LABORERS INTERNATIONAL UNION OF NORTH AMERICA, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 25(d), "when a public officer who is a party in an official capacity … ceases to hold office while the action is pending… [t]he officer's successor is automatically substituted as a party."

Accordingly, Acting Secretary of Labor Edward C. Hugler, successor to Thomas E. Perez, is automatically substituted as the Plaintiff in this action for all purposes.

Plaintiff also requests that the Court take notice of the following errata in its Motion for Summary Judgment (ECF #31): The appointment of Solicitor M. Patricia Smith, who is listed of counsel, expired on January 20, 2017. Her signature should have been omitted and replaced with the signature of Katherine E. Bissell, Deputy Solicitor for Regional Enforcement.

| | |
|---|---|
| 1 | Plaintiff Acting Secretary of Labor Edward C. Hugler respectfully requests that the court |
| 2 | direct the clerk's office to correct the caption to reflect the correct Plaintiff in this case. |
| 3 | Dated this 7th day of February 2017. |

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

DANIEL G. BOGDEN
United States Attorney

*/s/ Troy K. Flake*
TROY K. FLAKE
KRYSTAL J. ROSSE
Assistant United States Attorneys

*Of Counsel:*

KATHERINE E. BISSELL
Deputy Solicitor for Regional Enforcement
CHRISTOPHER B. WILKINSON
Associate Solicitor
CLINTON WOLCOTT
Counsel for Legal Advice
SHIREEN M. MCQUADE
Attorney

*Attorneys for United States Department of Labor*

**ORDER**

**IT IS HEREBY ORDERED**, that the clerk's office will change the caption to reflect the correct Plaintiff in this case, Edward C. Hugler, Acting Secretary of Labor, United States Department of Labor, thus terminating Thomas E. Perez.

~~**UNITED STATES DISTRICT JUDGE**~~
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 19, 2017