STEVEN W. MYHRE
Acting United States Attorney
District of Nevada

KRYSTAL J. ROSSE
TROY K. FLAKE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *krystal.rosse@usdoj.gov*
  *troy.flake@usdoj.gov*

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>  Plaintiff,<br><br>  v.<br><br>LOCAL 872, LABORERS INTERNATIONAL UNION OF NORTH AMERICA,<br><br>  Defendant. | Case No. 2:15-cv-01979-GMN-CWH<br><br>**NOTICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(d)** |

Pursuant to Federal Rule of Civil Procedure 25(d), "when a public officer who is a party in an official capacity … ceases to hold office while the action is pending… [t]he officer's successor is automatically substituted as a party."

Accordingly, Secretary R. Alexander Acosta who was sworn in on April 28, 2017, successor to Acting Secretary of Labor Edward C. Hugler, is automatically substituted as the Plaintiff in this action for all purposes.

1

1   Plaintiff Secretary R. Alexander Acosta respectfully requests that the court direct the
2   clerk's office to correct the caption to reflect the correct Plaintiff in this case.
3   Dated this 7th day of June 2017.

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Troy K. Flake*
TROY K. FLAKE
KRYSTAL J. ROSSE
Assistant United States Attorneys

## ORDER

**IT IS HEREBY ORDERED**, that the clerk's office will change the caption to reflect the correct Plaintiff in this case, R. Alexander Acosta, Secretary of Labor, United States Department of Labor, thus terminating Edward C. Hugler.

**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** June 8, 2017

## CERTIFICATE OF SERVICE

I, Troy K. Flake, certify that the **NOTICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(d)** was served this date on all parties via the Court's Electronic Case Filing system.

Dated this 7th day of June 2017.

*/s/ Troy K. Flake*
TROY K. FLAKE
Assistant United States Attorney