KRISTINA L. HILLMAN, Bar No. 7752
KERIANNE R. STEELE, Bar No. 10995
LAW OFFICES OF KRISTINA L. HILLMAN
  Affiliated with Weinberg, Roger & Rosenfeld
  A Professional Corporation
1594 Mono Avenue
P.O. Box 1987
Minden, Nevada 89423
Telephone (775) 770-4832
Fax (775) 782-6932
E-Mail: khillman@unioncounsel.net
        ksteele@unioncounsel.net

Attorneys for Defendant LOCAL 872, LABORERS'
INTERNATIONAL UNION OF NORTH AMERICA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> LOCAL 872, LABORERS INTERNATIONAL UNION OF NORTH AMERICA, <br><br> Defendant. | Case No. 2:15-cv-01979 GMN-CWH <br><br> **FIRST REQUEST FOR AND STIPULATION EXTENDING TIME FOR RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION AND REPLY TO OPPOSITION TO DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT OR ALTERNATIVESLY TO STAY ENFORCEMENT AND (PROPOSED) ORDER** <br><br> Judge: Gloria M. Navarro |

On October 10, 2017, Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor filed a motion for reconsideration of the Court's August 25, 2017 order, and an opposition to Defendant's motion to alter or amend judgment or in the alternative to stay enforcement of the judgment. Pursuant to the Local Rules, any opposition and reply must be filed on or before October 17, 2017.

Pursuant to Civil Local Rule IA 6-1, this is the first request for an extension of time.

The parties, by and through their counsel of record hereby stipulate and agree that Defendant Local 872, Laborers International Union of North America may have an additional fourteen (14) days, or until Tuesday, October 31, 2017, to file and serve its opposition/reply to Plaintiff's motion and opposition.

**ORDER**

IT IS SO ORDERED.

Dated this 17 day of October, 2017.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

139656\938221

Dated: October 13, 2017

LAW OFFICES OF KRISTINA L. HILLMAN
Affiliated with Weinberg, Roger & Rosenfeld
A Professional Corporation

Respectfully Submitted:

By: <u>/s/ *Kerianne R. Steele*</u>
Kristina L. Hillman
Kerianne R. Steele

Attorneys for Defendant LOCAL 872, LABORERS' INTERNATIONAL UNION OF NORTH AMERICA

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: October 13, 2017

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

DANIEL G. BOGDEN
United States Attorney

By: <u>/s/ *Troy K. Flake*</u>
Troy K. Flake
Krystal J. Rosse
Assistant United States Attorneys

Attorneys for Plaintiff R. ALEXANDER ACOSTA, Secretary of Labor, U.S. Department of Labor

FIRST REQUEST FOR AND STIPULATION EXTENDING TIME FOR RESPONSE TO PLTF'S MTN FOR RECONSIDERATION
Case No. 2:15-cv-01979 GMN-CWH

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001