STEVEN W. MYHRE
Acting United States Attorney
District of Nevada

TROY K. FLAKE
KRYSTAL J. ROSSE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *troy.flake@usdoj.gov*
*krystal.rosse@usdoj.gov*
*Attorneys for the United States.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> LOCAL 872, LABORERS INTERNATIONAL UNION OF NORTH AMERICA, <br><br> Defendant. | Case No. 2:15-cv-01979-GMN-CWH <br><br> **STIPULATION FOR EXTENSION OF TIME** <br> **(First Request)** |

Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor's (Plaintiff) reply in support of its Motion for Reconsideration (ECF #59), and response to Defendants Local 872, Laborers International Union of North America Opposition to Defendants Motion to Alter or Amend Judgment or Alternatively to Stay Enforcement of Judgment (ECF #58) is currently due **November 7, 2017**. ECF #63.

The parties, by and through their counsel of record hereby stipulate and agree that Plaintiff may have an additional 7 days until Tuesday, November 14, 2017, to file and serve its reply and opposition.

//

//

//

//

1

The requested extension is not for purposes of delay, is sought in good faith, and is the parties' first request for extension of this deadline.

Respectfully submitted this 6th day of November 2017.

STEVEN W. MYHRE
Acting United States Attorney

| | |
|---|---|
| */s Troy K. Flake* | */s Kristina L. Hillman* |
| Troy K. Flake | Kristina L. Hillman |
| Assistant United States Attorney | Kerianne R. Steele |
| *Of Attorneys for Plaintiff* | *Of Attorneys for Defendant* |

**ORDER**

It is so ordered.

Dated this  13  day of November, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT