KRISTINA L. HILLMAN, Bar No. 7752
LAW OFFICES OF KRISTINA L. HILLMAN
  Affiliated with Weinberg, Roger & Rosenfeld
  A Professional Corporation
1594 Mono Avenue
P.O. Box 1987
Minden, Nevada 89423
Telephone (775) 770-4832
Fax (775) 782-6932
E-Mail:  khillman@unioncounsel.net

Attorneys for Defendant/Appellant LOCAL 872, LABORERS
INTERNATIONAL UNION OF NORTH AMERICA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>                         Plaintiff,<br><br>    v.<br><br>LOCAL 872, LABORERS INTERNATIONAL UNION OF NORTH AMERICA,<br><br>                        Defendant. | Case No. 2:15-cv-01979 GMN-CWH<br><br>**NOTICE OF APPEAL**<br><br>Judge:  Gloria M. Navarro |

Notice is hereby given that Defendant Local 872, Laborers International Union of North America hereby appeal to the United States Court of Appeals for the Ninth Circuit from an Order of the Court granting in part and denying in part Plaintiff's Motion for Reconsideration so as to clarify and supplement the Court's Order granting summary judgment in favor of Plaintiff, and denying Defendant's Motion to Alter or Amend Judgment or Alternatively to Stay Enforcement of Judgment, entered in this action on September 24, 2018, ECF 69, and from the Court's Order granting Plaintiff's Motion for Summary Judgment and denying Defendant's Cross Motion for

////

////

1

Summary Judgment entered on August 25, 2017, ECF 56.

Dated: November 19, 2018

LAW OFFICES OF KRISTINA L. HILLMAN
  Affiliated with Weinberg, Roger & Rosenfeld
  A Professional Corporation

Respectfully Submitted:

*/s/ Kristina L. Hillman*

By:   Kristina L. Hillman

Attorneys for Defendant/Appellant LOCAL 872, LABORERS INTERNATIONAL UNION OF NORTH AMERICA

139656\997448

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

NOTICE OF APPEAL
Case No. 2:15-cv-01979 GMN-CWH

## CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501.

I hereby certify that on November 19, 2018, I electronically filed the following documents with the **United States District Court, District of Nevada**, by using the Court's CM/ECF system:

### NOTICE OF APPEAL

I certify that for all participants in the case who are registered CM/ECF users, service will be accomplished through the Court's electronic filing system**.**

I certify under penalty of perjury that the above is true and correct.  Executed at Alameda, California, on November 19, 2018.

/s/ Rhonda Fortier-Bourne
Rhonda Fortier-Bourne

139656\997448

1

CERTIFICATE OF SERVICE
Case No. 2:15-cv-01979 GMN-CWH