UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EUGENE SCALIA, Secretary of Labor, United States Department of Labor,

        Plaintiff - Appellee,

v.

LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872,

        Defendant - Appellant.

No. 18-17229

D.C. No. 2:15-cv-01979-GMN-CWH
U.S. District Court for Nevada, Las Vegas

**MANDATE**

The judgment of this Court, entered May 18, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7