## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EUGENE SCALIA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> LOCAL 872, LABORERS ) <br> INTERNATIONAL UNION OF NORTH ) <br> AMERICA, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:15-cv-01979-GMN-CWH <br><br> **ORDER** |

Pending before the Court is Plaintiff's Motion to Substitute Party, (ECF No. 75), filed pursuant to Federal Rule of Civil Procedure 25(d). Good cause appearing, **IT IS HEREBY ORDERED** that the Motion to Substitute Party, (ECF No. 75), is **GRANTED**.

Also pending before the Court is Plaintiff's Motion for Status Conference, (ECF No. 76). On July 24, 2020, Plaintiff filed a Settlement Agreement, (ECF No. 82), executed by the parties. In light of the parties' settlement, **IT IS HEREBY ORDERED** that the Motion for Status Conference, (ECF No. 76), is **DENIED as moot**.

**DATED** this _27_ day of October, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court