**Index of Exhibits**

- **Exhibit 1** – Traffic Crash Report

- **Exhibit 2** – VA Billing Ledger

- **Exhibit 3** - State Court Settlement Approval