# EXHIBIT 3

Pre-Election Conference Agenda

**LIUNA Local 872**
**PRE-ELECTION CONFERENCE AGENDA**
February 25, 2021

I.   INTRODUCTION

II.  NOMINATION AND ELECTION PROCEDURES

    1.   Officers to be Elected
    2.   Term of Office
    3.   Type of Election
    4.   Time Frames
    5.   Election Committee
    6.   Eligibility to Hold Office
    7.   Election Notice
    8.   Campaign Procedures
    9.   Inspection of Membership List
    10.  Distribution of Campaign Literature
    11.  Voter Eligibility
    12.  Ballot Preparation and Mailing
    13.  Collection and Tally of Ballots
    14.  Observers

III. OTHER MATTERS

    1.   Installation of Officers
    2.   Publication of Results
    3.   Preservation of Records
    4.   Election Protests

IV.  SUMMARY AND CONCLUSION