# EXHIBIT 4

General Rules for Electing Officers

General Rules For Electing Officers In
Laborers International Union of North America (LIUNA) Local 872
Las Vegas, NV

Pursuant to a court order signed on September 24, 2018, by Judge Gloria M. Navarro of the U.S. District Court for the District of Nevada and the Stipulation of Settlement entered on July 24, 2020, Laborers International Union of North America (LIUNA) Local 872 will conduct new nominations and a new election of officers under the supervision of the Secretary of Labor for the offices of:

1. President/Convention Delegate
2. Vice President
3. Recording Secretary
4. Business Manager-District Council Delegate-Convention Delegate-Secretary Treasurer
5. Sergeant-at-Arms
6. Auditors (3 positions)
7. Executive Board Members (3 positions)
8. District Council Delegates (4 positions)

The supervised election will be conducted in conjunction with the scheduled election of the International Convention Delegates.  Although the two elections will run concurrently, only the election of President/Convention Delegate, Vice President, Recording Secretary, Business Manager-District Council Delegate-Convention Delegate-Secretary Treasurer, Sergeant-at-Arms, three Auditors, three Executive Board Members, and four District Council Delegates will be conducted under the supervision of the Secretary of Labor.

The Office of Labor-Management Standards (OLMS) of the U.S. Department of Labor is responsible for assuring that the election is conducted in accordance with Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (LMRDA) and, in accordance with that responsibility, has established the following rules for the supervised election.

1. Election Supervisor

   Senior Investigator Phoenix Beausoleil has been appointed Election Supervisor and has the authority and responsibility for implementing all aspects of the supervised election.  All questions, correspondence, or protests should be directed to him at the following address:

   Phoenix Beausoleil, Election Supervisor
   Los Angeles District Office
   915 Wilshire Boulevard
   Suite 910
   Los Angeles, CA  90017
   Voice and Fax: (213) 891-6968
   Email: LADO-ElectionSupervisor@dol.gov

2.  <u>Application of LIUNA Local 872 Constitution/Bylaws</u>

    The election will be conducted, insofar as lawful and practicable, in accordance with the provisions of the LIUNA 872 Constitutions amended September 19-22, 2016.

3.  <u>Officers to be Elected</u>

    As provided in the court order and stipulation of settlement, new nominations and a new election will be conducted for the offices of President/Convention Delegate, Vice President, Recording Secretary, Business Manager-District Council Delegate-Convention Delegate-Secretary Treasurer, Sergeant-at-Arms, three Auditors, three Executive Board Members, and four District Council Delegates.  Nominations for these positions will be opened on April 17, 2021.

4.  <u>Term of Office</u>

    The elected officers will serve a three-year term that will commence in June 2021 and conclude in June 2024.  Installation for those elected will occur at the June 7, 2021 membership meeting.

5.  <u>Type of Election</u>

    The election will be conducted by secret mail ballot to conclude on May 27, 2021.

6.  <u>Judges of Election</u>

    LIUNA Local 872 members Tom Morley, Andy Donahue, and Anthony Valdez will serve as the Election Judges and member Leon Harris will serve as the Alternate Election Judge for the supervised election.  They will oversee the conduct of the election under the supervision of the OLMS Election Supervisor.  All activities performed by the Judges of Election in relation to the supervised election will be directly monitored by the OLMS Election Supervisor.

    The Judges of Election will not be candidates in this election.

7.  <u>Eligibility to Hold Office</u>

    Section 401(e) of the LMRDA provides that every member in good standing shall be eligible to be a candidate and to hold office subject to reasonable rules uniformly imposed and to Section 504 of the LMRDA.  Section 504 prohibits persons convicted of certain crimes, such as robbery, bribery, extortion, etc., from holding union office for a period of 13 years after conviction or the end of imprisonment, whichever is later.

    Candidate qualifications are outlined in Article V of the LIUNA Uniform Local Union Constitution and include, but are not limited to the following:

    Section 1:  "*Shall be required to have been in good standing in the*

Page 2 of 9

> *International Union for a period of two years and in good standing in the Local Union for a period of two years immediately prior to nomination and to be current in the payment of dues."*

Candidates who remained in continuous good standing for a period of 24 consecutive months prior to the nominations meeting will be eligible to be nominated and hold office. The payment of dues after the due date will not restore the member to good standing status for such month or months in computing the 24-month continuous good standing period.

> Section 2:  *"Shall be a lawful permanent resident and shall be lawfully employable under the laws of the United States or Canada."*

To meet the proof of residency, a member must present any one of the following: 1.) Birth Certificate from any US state or territory; 2.) US Passport; 3.) Alien Registration Receipt Card (Green Card); 4.) Certificate of Naturalization; Real ID (driver's license or identification card) issued by any federal or state authority; or 5.) any other valid proof of eligibility deemed acceptable by the Secretary.

> Section 3:  *"Shall be literate."*

To be deemed literate, a member must comprehend and complete the candidate questionnaire (Questionnaire) without assistance.  In determining whether a member is able to "comprehend and complete" the Questionnaire, the following criteria will be applied: 1.) a reasonable person would understand the meaning of any answer provided in the Questionnaire; 2.) answers in the Questionnaire need not be grammatically or syntactically correct, and one-word response can suffice; and 3.) other standards deemed appropriate by the OLMS Election Supervisor uniformly applied and announced before the nominations meeting.

> Section 4:  *"No one shall be eligible to hold any office in the Local Union if the person has not been regularly working at the calling of the International Union during the entire year immediately prior to nomination."*

"Working at the calling" is defined as follow: 1.) employment for which the union serves or actively seeking to serve as the exclusive collective bargaining representative of employees; 2.) employment in a full-time official capacity for the local; 3.) employment by government or the trade union movement in a capacity directly related to the calling and one which directly benefit the local and its members except that employment by the local in a clerical or administrative position; 4.) periods of unemployment where the member was available for and continuously and actively sought employment at the calling; and 5.) members who can prove they were unable to work because of temporary illness or disability of less than one year so long as they have reasonable expectation of returning to work in the foreseeable future.

Pursuant to Article V, Section 11 of the LIUNA Uniform Local Union Constitution, any person who receives a pension from a pension or a retirement fund related to the International Union or any affiliate thereof shall be presumed to be a retiree and therefore,

not be working at the calling of the International Union and not to be qualified as a candidate for office.

Candidate eligibility requirements will be listed in the combined notice of nominations and election.

8.  Nominator Eligibility

Section 401(e) of the LMRDA provides that all members in good standing be given a reasonable opportunity to nominate candidates of their choice.  It also requires that the procedures followed in making nominations be in accordance with the union's constitution and bylaws insofar as they are not inconsistent with the requirement for reasonable opportunity to nominate.

For the supervised election, a member must be in good standing at the time of the April 17, 2021 nominations meeting to be eligible to nominate candidates.  Members in good standing for election purposes include: 1.) members who have not withdrawn from the local and their dues and other financial obligations of the local are current (i.e. dues are not more than two months in arrears); and 2.) active retired members who pay membership dues.

9.  Nomination/Election Notice

The combined nominations and election notice will be mailed to all LIUNA Local 872 members by March 24, 2021 and posted on the local office bulletin board and website.  The notice will advise members of candidate eligibility requirements, offices to be filled, and the date, time, and place of the nominations meeting as well as the proper form for submitting nominations.  In addition, it will inform members of voter eligibility requirements and outline details of the mail balloting procedures.

10.  Nomination Meeting

The LIUNA Local 872 nominations meeting will be conducted:

> Date:    April 17, 2021
>
> Time:    7:00 am
>
> Place:    Meeting Hall – 4201 E. Bonanza Road, Las Vegas, NV 89110

The OLMS Election Supervisor will attend and supervise the conduct of the nominations but the meeting will be chaired by the LIUNA Local 872 President.  No quorum will be necessary.

Before the nominations meeting, the Judges of Election will compile a list of members in good standing who will be eligible to nominate candidates for election.  At the meeting, oral nominations will be accepted from the floor and seconds will be required.  Self-nominations will not be permitted.  To make a nomination, a member must stand and be

recognized by the Chair, identify himself/herself, be verified as an eligible nominator by the Chair, and state the office and name of his/her nominee.  Nomination will not be closed until a call for further nominations has been made three (3) times by the Chair without further nomination being made.

If unable to attend the nominations meeting, a member may make a nomination in writing. The nomination should include the name of the nominee, the office to which nominated, and the name and phone number of the member making the nomination.  To be valid, written nominations must be mailed, emailed, or faxed to the OLMS Election Supervisor so that they are received no later than 4:00 p.m. on April 16, 2021.  Written nominations will be read by office at the nominations meeting on the floor before oral nominations for that particular office are taken.

In the event of an uncontested race, no election will be conducted for such office and the unopposed candidate will be declared elected by acclamation at the nominations meeting. If there is only (1) nominee for an office and he/she is ultimately ruled ineligible at the nominations meeting, then the office will be declared vacant.  The vacancy will be filled by appointment pursuant to Article VI, Section 3(m) of the LIUNA Uniform Local Union Constitution.

Candidates must accept nominations in writing (mail, email, or fax) for only one office (*except where a combination of offices has been approved in accordance with the provisions of the constitution*) prior to and/or at the nominations meeting.  The acceptance should indicate how the candidate wishes his/her name to appear on the ballot.  The use of job titles and local positions will not be permitted.  If acceptance is not received by the deadline, the individual will not be a candidate in the election.

Following the nominations meeting, candidates are required to meet with the OLMS Election Supervisor and Judges of Election to complete the Questionnaire and provide proof of residency.  The OLMS Election Supervisor will determine the qualifications of any nominee excused from attending the nominations meeting within 24 hours. The determination of the OLMS Election Supervisor as to whether the member has qualified under Article V, Sections 2 and 3 of the LIUNA Uniform Local Union Constitution will be final and binding.

11.  <u>Determining Candidate Eligibility</u>

The OLMS Election Supervisor and the Judges of Election will review union records to verify the eligibility of all nominees.  Nominees will be advised of their eligibility status to run for office at the nominations meeting.  During the week of April 19, 2021, each nominee will be mailed an eligibility notification letter.

12.  <u>Candidate Meeting</u>

The OLMS Election Supervisor will meet with the Judges of Election as well as all interested candidates on April 20, 2021 at 12:00 p.m. at the Local Meeting Hall (4201 E. Bonanza Road, Las Vegas, NV 89110).  The candidates will be informed of campaign

restrictions, inspection of the LIUNA Local 872 membership list, distribution of campaign literature, and observer rights.  If unable to attend, a candidate may send a representative to this meeting.

13.  <u>Campaigning</u>

The LMRDA requires that all candidates be treated equally regarding the opportunity to campaign.  In addition, Section 401(g) of the LMRDA provides that any money received by LIUNA or any other labor organization by way of dues, assessments, or similar levy, or monies of any employer may not be used directly or indirectly to support the candidacy of any person in a union officer election.  This prohibition extends to equipment, vehicles, office supplies, records, and personnel of the LIUNA or any other labor organization (including other LIUNA locals and non-LIUNA locals) and to employers, whether or not they employ LIUNA members.  Accordingly, union officers and employees may not campaign on time paid for by the union.

The LMRDA also prescribes that members, in the exercise of the right to support candidates of their choice, may not be subjected to penalty, discipline, or reprisal of any kind by a labor organization or its members.

Candidates may not affix any campaign material inside or on the premises and property of the union halls, trust fund offices, or property owned, leased, or inhabited by trust-funded buildings.  Candidates are prohibited from campaigning on the work floor and obstructing entrances to sites when distributing campaign literature.  No union facilities, equipment, stationeries, supplies, or seal and insignia of LIUNA or any local modification may be used to further any candidacy.

Any questions regarding campaigning should be directed to the OLMS Election Supervisor.

<u>Inspection of Membership List</u>

Pursuant to 29 CFR Chapter IV, Subchapter A, § 452.71(a) "Each bona fide candidate for office has a right, once within 30 days prior to any election in which he is a candidate, to inspect a list containing the names and last known addresses of all members of the labor organization who are subject to a collective bargaining agreement requiring membership therein as a condition of employment. The right of inspection does not include the right to copy the list but does include the right to compare it with a personal list of members."

The period to inspect the list will start on April 2, 2021 and end on May 4, 2021.  The membership list will be maintained at the LIUNA Local 872 office in Las Vegas, NV.  A request to inspect the list between the hours of 9:00 a.m. to 11:00 a.m. and 12:30 to 3:00 p.m. must be made 48 hours in advance.  Any candidate who wishes to inspect the list should notify the OLMS Election Supervisor (telephone: (213) 926-4109 cellphone and (213) 891-6968 office phone or email: LADO-ElectionSupervisor@dol.gov).  The OLMS Election Supervisor will arrange for a mutually acceptable date for the candidate to review the membership list at the local office.

14.  Distribution of Campaign Literature

Any candidate who wishes to mail campaign literature using the LIUNA Local 872's mailing list must contact PDQ Printing of Las Vegas (address: 3820 S. Valley View Blvd., Las Vegas, NV 89103; telephone: (702) 872-3235) directly at least 72 hours in advance of the time they want to have their request processed. Requests will be processed as soon as possible, and in the order in which they are received. PDQ Printing of Las Vegas will provide the cost of printing and mailing the campaign materials to the entire membership and/or partial membership. Payment for the printing and mailing services must be made to PDQ Printing of Las Vegas.

The return address of campaign mailings must either be left blank or with the OLMS-Los Angeles District Office's address (915 Wilshire Blvd., Ste. 910, Los Angeles, CA 90017). Once the labels are affixed to the campaign envelopes and ready for mailing, the OLMS Election Supervisor will accompany PDQ Printing of Las Vegas Representative to a U.S. Postal office or mailbox to witness the mailing of the campaign materials.

15.  Voter Eligibility

Members who are current in their dues and have no outstanding assessments and fines will be eligible to vote. A ballot will mailed to every member. In order to have his/her ballot counted, a member must be in good standing at the time of the ballot tally on May 27, 2021. Members have until 3:00 p.m. on May 26, 2021, to pay all their dues and other financial obligations at the local office and/or online (www.Local872.com) by 11:59 pm in order to vote. Members who do not receive a ballot, or spoil their ballot, may request a replacement ballot by contacting the OLMS Election Supervisor no later than 12:00 p.m. on May 24, 2021. Members making requests should allow enough time for the OLMS Election Supervisor to receive, process, mail the replacement ballot, and have the voted ballot returned by the deadline. Inactive retired members are not eligible to vote.

16.  Ballot Preparation and Mailing

The OLMS Election Supervisor, Judges of Election, and California Election Company will design the official ballot and comprehensive voting instruction. The position of candidates on the ballot will have been determined at the nominations meeting. Ballots will be printed by California Election Company and mailed to each member at his/her last known address on May 5, 2021. The printing, acquisition, custody, control, and distribution of ballots will be supervised by the OLMS Election Supervisor.

The Judges of Election and California Election Company, under the supervision of the OLMS Election Supervisor, will prepare the election materials and ballots for mailing. Each member will be mailed:

- voting instructions
- one unmarked ballot
- one small envelope marked "secret ballot envelope"
- one larger return envelope with the voter's return address on the envelope

The voting instructions will advise a member to mark his/her ballot in private, seal it in the secret ballot envelope, and place the secret ballot envelope in the return envelope addressed to the designated post office box.  **The voter must mail the envelope via U.S. Postal Service first class mail** (certified mail, UPS, FedEx, etc. are not recommended) so as to be received no later than 12:00 pm on May 27, 2021 at the designated post office box.

Requests for replacement ballots must be made to the OLMS Election Supervisor in writing or telephone no later than 12:00 p.m. on May 24, 2021.  The OLMS Election Supervisor and Judges of Election will attempt to obtain updated addresses for those members whose ballot packages are returned undelivered.  New ballot packages will be mailed to members with updated addresses.

17.  Collection and Tally of Ballots

Precisely at 12:00 p.m. on May 27, 2021, the OLMS Election Supervisor will meet with the Judges of Election at the Local Meeting Hall, 4201 E. Bonanza Road, Las Vegas, NV 89110 and pick up the ballots at 12:30 p.m. from the designated post office box, accompanied by any observers.  Postal authorities will be instructed that ballots are not to be released under any circumstances until the scheduled time.  After picking up the ballots, the OLMS Election Supervisor will transport them to the Local Meeting Hall for tally.

California Election Company will tally ballots under the supervision of the OLMS Election Supervisor.  The counting process will continue non-stop until completion.  Before actually counting the ballots, the Judges of Election will verify that all ballots are from eligible members, using an updated membership eligibility list.  Each voter's name will be marked off the eligibility list to insure that no member casts more than one ballot.  In the case of duplicate ballots, only the duplicate ballot will be counted; the original ballot will be voided.

After voter eligibility is checked, the outer envelope will be opened and the secret ballot envelopes removed.  After mixing, the secret ballot envelopes will be opened and the ballots will be stacked for counting purposes.  These procedures will insure ballot secrecy.  During the counting of ballots, only the Judges of Election, OLMS representatives, and California Election Company will physically handle the ballots.  However, candidates or their observers will be permitted to watch the entire counting process.  All ballots, counted and uncounted, will be kept in view of the observers at all times.  In accordance with Article VI, Section 3(h) of LIUNA Uniform Local Union Constitution, write-in votes are not permitted.  The candidate who receives the greatest number (plurality) of votes cast will be declared elected.  In the event of a tie in votes cast for the candidates for any office, the winner will be decided by drawing lots.

18.  Observers

Each candidate is entitled to have observers present at the various stages of ballot mailing and tally process.  An observer must be a member of LIUNA Local 872 and a candidate may act as his/her own observer.  No ballot-related function will take place without OLMS

representatives present, and observers will be given notice and opportunity to attend. Observers will be required to present identification and sign an observer register. Candidates should submit the names of their observers in writing to the OLMS Election Supervisor.

Observers must direct any questions or report any problems to the OLMS Election Supervisor as soon as possible so that any necessary corrective action can be taken. Observers may not touch ballots at any time or interfere with the election process.

19. Installation of Officers

Newly elected officers will be installed at the June 7, 2021 membership meeting.

20. Publication of Results

Section 401(e) of the LMRDA requires that LIUNA Local 872 must publish the results of the election in a manner calculated to reach the entire membership. The results will be posted on the local office bulletin board and website and mailed to all members in good standing.

21. Preservation of Records

Pursuant to Section 401(e) of the LMRDA, LIUNA Local 872 will preserve all election records for a period of one year.

22. Election Protests

In order to be acted upon, all protests concerning the conduct of the supervised election must be in writing and received by the OLMS Election Supervisor no later than 4:00 p.m. on June 7, 2021.

In conclusion, it should be clearly understood that all phases of the nominations and elections of LIUNA Local 872 officers are subject to U.S. Department of Labor supervision. No aspect should be conducted without prior consultation with and approval by the OLMS Election Supervisor or his designated representatives.

It should also be noted that the above rules and regulations are not all inclusive. Additional election rules or clarifications may be promulgated by the OLMS Election Supervisor as needed during the nomination and election period.