# EXHIBIT 5

Election Timeline

Laborers International Union of North America (LIUNA) Local 872
Election Timeline

| 2/25/21 | Pre-Election Conference – 12:00 p.m. |
|---|---|
| 3/1/21 | Regularly scheduled Membership Meeting (E-Board minutes read and approved) |
| 3/15/21 (this week) | Election Rules mailed to all interested parties *(available to any member upon request)* |
| 3/24/21 | Nomination and Election Notices mailed to all members and posted at the local hall and on local website. |
| End Mar/Beg Apr | E-Board Meeting prior to April Membership Meeting |
| 4/5/21 | Regularly Scheduled Membership Meeting |
| 4/2/21 to 5/4/21 | Membership list inspection period |
| 4/14/21 (approx.) | Special Called E-Board Meeting to set salary and compensation for officers *(Compensation for Officers must be set at the Nominations meeting prior to nominations per Special Called E-Board Minutes for approval)* |
| 4/17/21 (Saturday) | *Nominations Meeting<br>*Written nominations must be received prior to the Nominations Meeting<br>*Nominations acceptance/declination by close of the Nominations Meeting<br>*In person qualifications meeting to hold office with all nominees |
| 4/19/21 (this week) | Candidates informed in writing of their eligibility to run for office |
| 4/20/21 | Candidate Meeting and Campaign Rules – Local Meeting Hall at 12:00 p.m. |
| 4/21/21 | Deadline for eligibility protests. **Protests of candidate qualifications and other nomination issues must be filed within three business days of time qualifications are determined.* |
| 5/3/21 | Regular scheduled membership meeting.  Results of Nominations Meeting are reported.  Judges of Election shall certify to membership whether or not there is a need for secret ballot election.  If not, officers are sworn in.  Otherwise, date of election is set to May 27, 2021 |
| 5/5/21 | Ballot packages mailed to all members |
| 5/10/21 – 5/24/21 | *Duplicate ballot request period |
| 5/11/21 | Post office check for undeliverable ballots at 12:30 p.m. |

| | |
|---|---|
| 5/13/21 | Post office check for undeliverable ballots at 12:30 p.m. |
| 5/18/21 | Post office check for undeliverable ballots at 12:30 p.m. |
| 5/20/21 | Post office check for undeliverable ballots at 12:30 p.m. |
| 5/24/21 | Post office check for undeliverable ballots at 12:30 p.m. |
| 5/27/21 | *Deadline for ballots to be received at post office box 12:00 p.m.<br>*Voted ballots picked up at post office approximately 12:30 p.m.<br>*Ballot Tally - Local Meeting Hall at approximately 1:00 p.m. and election results announced. |
| 6/7/21 | Election Protest Deadline at 4:00 p.m. |
| 5/26/21 | Deadline for members to pay arrearages in order to be eligible to vote in the election. |
| 6/7/21 | Installation of Officers at regular scheduled Membership Meeting |