# EXHIBIT 6

Combined Nominations and Election Notice

**Laborers International Union of North America (LIUNA) Local 872**
**NOTICE OF NOMINATIONS AND ELECTION OF OFFICERS**

Pursuant to a settlement agreed to on July 24, 2020 and court order signed on September 24, 2018, Laborers International Union of North America (LIUNA) Local 872 will conduct new nominations and a new election for the offices of **President/Convention Delegate, Vice President, Recording Secretary, Business Manager-District Delegate-Convention Delegate-Secretary Treasurer, Sergeant-at-Arms, Auditors (3 positions), Executive Board Members (3 positions), and District Council Delegates (4 positions)** under the supervision of the Secretary of Labor.  The term of office will run for three years beginning June 2021.

The supervised election will be conducted on May 27, 2021 in conjunction with the LIUNA Local 872 regularly scheduled election of officers for the eleven International Convention Delegates.  Candidates elected for the Business Manager and President positions are automatic International Convention Delegates and will fill two of the eleven International Convention Delegate positions.

Please note that, although the two elections will run concurrently, the Secretary of Labor is only supervising the election of the offices listed in the first paragraph.  OLMS is responsible for assuring that the election is conducted in accordance with Title IV of the Labor Management Reporting and Disclosure Act of 1959 (LMRDA).

**NOMINATIONS**

Nominations will be accepted on the floor at the nominations meeting and in writing.  The meeting will be held at 7:00 a.m. on Saturday, April 17, 2021, at the Local Meeting Hall, 4201 E. Bonanza Road, Las Vegas, NV 89110.

Written nominations must include the name of the nominee, the office to which nominated, and the name and contact number of the nominator.  To be valid, written nominations must be mailed to 915 Wilshire Blvd., Ste. 910, Los Angeles, CA  90017, emailed to LADO-ElectionSupervisor@dol.gov, or faxed to (213) 891-6968, to the attention of the Election Supervisor.  Written nomination must be received no later than 4:00 p.m. on April 16, 2021.  Written nominations will be read on the floor before oral nominations are taken.  Second motions are required for each nomination.  Self-nominations are not permitted.  Candidates may be nominated for more than one office, but may only accept nomination for one office (*except where a combination of offices has been approved in accordance with the provisions of the constitution*).

Each nominee must be in good standing as of April 17, 2021 in order to nominate a candidate.  For this supervised election, good standing will be established when: (1) a member has not withdrawn from the local and is current in dues payment and other financial obligations of the local *(i.e.*, *dues are not more than two months in arrears*) or (2) are active retired dues paying members.  Members can check their eligibility status by contacting LIUNA Local 872 Office at (702) 452-4440.

Nominees must confirm their acceptance in writing for only one office to the Election Supervisor prior to or at the nominations meeting.  The acceptance should indicate the accepted position and how the nominee's name should appear on the ballot.  If acceptance is not received by the deadline, the nominee will not be a candidate in the election.

Pursuant to Section 3.4.2 of the LIUNA Local Union Officers Elections –*A Guide for Local Union Judges of Election, Officers and Members*, nominees must be present at the time of nomination, unless excused

from attending the meeting.  Unexcused absence from the meeting will disqualify such member from nomination.

<u>Eligibility to Run for Office</u>

Candidate qualifications are outlined in Article V of the LIUNA Uniform Local Union Constitution and include, but are not limited to the following:

- Section 1: "*Shall be required to have been in good standing in the International Union for a period of two years and in good standing in the Local Union for a period of two years immediately prior to nomination and to be current in the payment of dues.*"

  Candidates who remained in continuous good standing for a period of 24 consecutive months prior to the nominations meeting will be eligible to be nominated and hold office. The payment of dues after the due date will not restore the member to good standing status for such month or months in computing the 24-month continuous good standing period.

- Section 2: "*Shall be a lawful permanent resident and shall be lawfully employable under the laws of the United States or Canada.*"

  To meet the proof of residency, a member must present any one of the following: 1.) Birth Certificate from any US state or territory; 2.) US Passport; 3.) Alien Registration Receipt Card (Green Card); 4.) Certificate of Naturalization; Real ID (driver's license or identification card) issued by any federal or state authority; or 5.) any other valid proof of eligibility deemed acceptable by the Secretary.

- Section 3: *"Shall be literate."*

  To be deemed literate, a member must comprehend and complete the Candidate Questionnaire (*Questionnaire*) without assistance.

- Section 4: *"No one shall be eligible to hold any office in the Local Union if the person has not been regularly working at the calling of the International Union during the entire year immediately prior to nomination."*

  "Working at the calling" is defined as follow: 1.) employment for which the union serves or actively seeking to serve as the exclusive collective bargaining representative of employees; 2.) employment in a full-time official capacity for the local; 3.) employment by government or the trade union movement in a capacity directly related to the calling and one which directly benefit the local and its members except that employment by the local in a clerical or administrative position; 4.) periods of unemployment where the member was available for and continuously and actively sought employment at the calling; and 5.) members who can prove they were unable to work because of temporary illness or disability of less than one year so long as they have reasonable expectation of returning to work in the foreseeable future.

Pursuant to Article V, Section 11 of the LIUNA Uniform Local Union Constitution, any person who receives a pension from a pension or a retirement fund related to the International Union or any affiliate thereof shall be presumed to be a retiree and therefore, not to be working at the calling of the International Union and not to be qualified as a candidate for office.

**Immediately after the close of nominations, all nominees are required to meet with the Election Supervisor and Judges of Election to provide proof of residency and complete the Questionnaire. Proof of residency must be presented at the nominations meeting.**  The Election Supervisor will determine each nominee's qualifications upon conclusion of the meeting.  The qualification of any nominee excused from the meeting will be determined within 24 hours.

The LIUNA Local Union Officers Elections –*A Guide for Local Union Judges of Election, Officers and Members* is available online at https://d3ciwvs59ifrt8.cloudfront.net/39debde2-77c3-41c8-b2e8-54951325ad74/310b536b-e8c9-4dbb-a8f8-b29c29ec7051.pdf and Questionnaire is available online at www.Local872.com.

### ELECTION

The election will be conducted by secret mail ballot on May 27, 2021.  Every member in good standing shall have the right to vote for the offices of President/Convention Delegate, Vice President, Recording Secretary, Business Manager-District Delegate-Convention Delegate-Secretary Treasurer, Sergeant-at-Arms, Auditors (3 positions), Executive Board Members (3 positions), District Council Delegates (4 positions), and Convention Delegates (11 positions).

Voter Eligibility:  Any member who is in good standing as of May 27, 2021 is eligible to vote (reference Nominations Notice for definition of good standing).  Members can check their eligibility status to vote or may make arrangements for payment of dues and financial obligations by contacting LIUNA Local 872 at (702) 452-4440.  Members have until 3:00 p.m. on May 26, 2021, to pay all their dues and financial obligations at the local office and/or online (www.Local872.com**)** by 11:59 p.m. in order to vote.

Ballot Procedures: Ballots will be mailed to all members on May 5, 2021.  Members who do not receive a ballot by May 10, 2021 should contact the Election Supervisor to request a replacement ballot.  Members who spoil their ballot and need another one may request a replacement ballot by contacting the Election Supervisor in writing (via mail, email, or fax) and/or by phone.  Requests must be received no later than 12:00 p.m. on May 24, 2021 to allow enough time for the Election Supervisor to receive, process, and mail the replacement ballot, and to have the voted ballot returned by the deadline.  Replacement ballots cannot be requested on behalf of another member.

Collection and Tally of Ballots:  The ballots will be collected from the designated post office and tallied at the Local 872 Meeting Hall on May 27, 2021.  Results will be announced immediately following the tally.

Election Protests:  Any member in good standing may protest the conduct of this election at any time during or after the election but no later than 4:00 p.m. on June 7, 2021.  All election protests, questions, and correspondence regarding the supervised election should be made in writing directly to Election Supervisor Phoenix Beausoleil, DOL-OLMS 915 Wilshire Blvd., Ste. 910, Los Angeles, CA  90017; fax (213) 891-6968; or email LADO-ElectionSupervisor@dol.gov .

**Sindicatos Unión Internacional de North América (LIUNA) Local 872**
**AVISO DE NOMINACIONES Y ELECCIÓN DE FUNCIONARIOS**

De conformidad con un acuerdo acordado el 24 de julio de 2020 y una orden judicial firmada el 24 de septiembre de 2018, Laborers International Union of North America (LIUNA) Local 872 llevará a cabo nuevas nominaciones y una nueva elección para las oficinas de **Presidente/Delegado de La Convención, Vicepresidente, Secretario de Grabación, Gerente de Negocios-Delegado distrital-Secretario Tesorero, Sargento de Armas, Auditores (3 puestos), Miembros de la Junta Ejecutiva (3 puestos) y Delegados del Consejo distrital (4 puestos)** bajo la supervisión del Secretario del Trabajo. El mandato se extenderá durante tres años a partir de junio de 2021.

La elección supervisada se llevará a cabo el 27 de mayo de 2021 en conjunto con el LIUNA Local 872 regularmente programado elección de oficiales para los once Delegados de la Convención Internacional. Los candidatos elegidos para los puestos de Gerente de Negocios y Presidente son delegados automáticos de la Convención Internacional y ocuparán dos de los once puestos de Delegados de la Convención Internacional.

Tenga en cuenta que, aunque las dos elecciones se celebrarán simultáneamente, el Secretario del Trabajo sólo supervisa la elección de las oficinas enumeradas en el primer párrafo. OLMS es responsable de asegurar que la elección se lleve a cabo de acuerdo con el Título IV de la Ley de Información y Divulgación de la Gestión del Trabajo de 1959 (LMRDA).

**Nominaciones**

Las nominaciones serán aceptadas en la sala en la reunión de nominaciones y por escrito. La reunión se llevará a cabo a las 7:00 a.m. el sábado 17 de abril de 2021, en el Local Meeting Hall, 4201 E. Bonanza Road, Las Vegas, NV 89110.

Las nominaciones escritas deben incluir el nombre del nominado, la oficina a la que se nominó, y el nombre y el número de contacto del nominador. Para ser válidas, las nominaciones escritas deben ser enviadas por correo al 915 Wilshire Blvd., Ste. 910, Los Ángeles, CA 90017, enviadas por correo electrónico a LADO-ElectionSupervisor@dol.gov o enviadas por fax al (213) 891-6968, a la atención del Supervisor Electoral. La nominación escrita debe recibirse a más tardar a las 4:00 p.m. del 16 de abril de 2021. Las nominaciones escritas se leerán en la palabra antes de que se tomen las nominaciones orales. Se requieren segundas mociones para cada nominación. Las auto-nominaciones no están permitidas. Los candidatos pueden ser nominados para más de un cargo, pero sólo pueden aceptar la nominación para un cargo *(excepto cuando se haya aprobado una combinación de cargos de conformidad con las disposiciones de la Constitución).*

Cada candidato debe estar en buena posición a partir del 17 de abril de 2021 para nominar a un candidato. Para esta elección supervisada, se establecerá una buena situación cuando: (1) un miembro no se haya retirado del local y esté al corriente en el pago de cuotas y otras obligaciones financieras del local *(es decir, las cuotas no son más de dos meses de atraso)* o (2) son cuotas de jubilación activas que pagan a los miembros. Los miembros pueden verificar su estado de elegibilidad poniéndose en contacto con la Oficina Local 872 de LIUNA al (702) 452-4440.

Los nominados deben confirmar su aceptación por escrito para un solo cargo al Supervisor Electoral antes o en la reunión de nominaciones. La aceptación debe indicar la posición aceptada y cómo debe aparecer el nombre del candidato en la papeleta. Si la aceptación no se recibe antes de la fecha límite, el candidato no será candidato en la elección.

De conformidad con la Sección 3.4.2 de la Liuna Local Union Officers Elections –*A Guide for Local Union Judges of Election, Officers and Members*, los nominados deben estar presentes en el momento de la nominación, a menos que se exculpen de asistir a la reunión. La ausencia injustificada de la reunión descalificará a dicho miembro de la nominación.

<u>Elegibilidad para postularse para la oficina</u>

Las calificaciones de los candidatos se describen en el artículo V de la Constitución Uniforme de la Unión Local de LIUNA e incluyen, pero no se limitan a lo siguiente:

- Sección 1:*"Se exigirá que haya estado en buen estado en la Unión Internacional por un período de dos años y en buen estado en la Unión Local por un período de dos años inmediatamente antes de la designación y que esté al día en el pago de las cuotas."*

  Los candidatos que permanecieron en permanente posición durante un período de 24 meses consecutivos antes de la reunión de nominaciones serán elegibles para ser nominados y ocupar el cargo. El pago de las cuotas después de la fecha de vencimiento no restaurará al miembro a buen estado durante dicho mes o meses en la computación del período continuo de buena reputación de 24 meses.

- Sección 2:*"Será un residente permanente legal y será legalmente empleable bajo las leyes de los Estados Unidos o Canadá."*

  Para cumplir con el comprobante de residencia, un miembro debe presentar cualquiera de los siguientes: 1.) Certificado de Nacimiento de cualquier estado o territorio de los Estados Unidos; 2.) Pasaporte estadounidense; 3.) Tarjeta de recibo de registro extranjero (Tarjeta Verde); 4.) Certificado de Naturalización; Identificación real (licencia de conducir o tarjeta de identificación) emitida por cualquier autoridad federal o estatal; o 5.) cualquier otra prueba válida de elegibilidad considerada aceptable por el Secretario.

- Sección 3: *"Será alfabetizado."*

  Para ser considerado alfabetizado, un miembro debe comprender y completar el Cuestionario del Candidato*(Cuestionario)*sin ayuda.

- Sección 4: *"Nadie podrá ocupar ningún cargo en la Unión Local si la persona no ha estado trabajando regularmente en la llamada de la Unión Internacional durante todo el año inmediatamente antes de la nominación."*

  "Trabajar en la convocatoria" se define como sigue: 1.) empleo para el que el sindicato sirve o busca activamente servir como representante exclusivo de la negociación colectiva de los empleados; 2.) empleo a tiempo completo para los locales; 3.) el empleo por parte del gobierno o del movimiento sindical en una capacidad directamente relacionada con la convocatoria y que beneficie directamente al local y a sus miembros, excepto ese empleo por parte del local en un puesto administrativo o administrativo; 4.) períodos de desempleo en los que el miembro estuviera disponible para la convocatoria y buscando empleo de forma continua y activa; y 5.) miembros que pueden demostrar que no pudieron trabajar debido a una enfermedad temporal o discapacidad de menos de un año, siempre y cuando tengan expectativas razonables de volver al trabajo en el futuro previsible.

De conformidad con el artículo V, artículo 11 de la Constitución Uniforme de la Unión Local liuna, cualquier persona que reciba una pensión de una pensión o un fondo de jubilación relacionado con la

Unión Internacional o cualquier afiliado de la misma se presumirá que es un jubilado y, por lo tanto, no está trabajando en la llamada de la Unión Internacional y no debe ser calificado como candidato a un cargo.

**Inmediatamente después del cierre de las nominaciones, todos los candidatos están obligados a reunirse con el Supervisor Electoral y los Jueces de Elección para proporcionar pruebas de residencia y completar el Cuestionario. La prueba de residencia debe presentarse en la reunión de nominaciones.** El Supervisor Electoral determinará las calificaciones de cada candidato al concluir la reunión. La calificación de cualquier candidato eximido de la reunión se determinará en un plazo de 24 horas.

Las elecciones de funcionarios de la Unión Local LIUNA –*Una guía para los jueces de elección de la Unión Local, funcionarios y miembros* están disponibles en línea en https://d3ciwvs59ifrt8.cloudfront.net/39debde2-77c3-41c8-b2e8-54951325ad74/310b536b-e8c9-4dbb-a8f8-b29c29ec7051.pdf y cuestionario están disponibles en línea en www.Local872.com.

### Elección

La elección se llevará a cabo por correo secreto el 27 de mayo de 2021. Todos los miembros en buen estado tendrá derecho a votar por las oficinas del Presidente/Delegado de la Convención, Vicepresidente, Secretario de Grabación, Gerente de Negocios-Delegado distrital-Delegado-Secretario Tesorero de la Convención, Sargento de Armas, Auditores (3 puestos), Miembros de la Junta Ejecutiva (3 posiciones), Delegados del Consejo de Distrito (4 posiciones) y Delegados de la Convención (11 puestos).

Elegibilidad para votantes: Cualquier miembro que esté en buen estado a partir del27 de mayo de 2021 es elegible para votar (aviso de nominaciones de referencia para la definición de buena reputación). Los miembros pueden verificar su estado de elegibilidad para votar o pueden hacer arreglos para el pago de cuotas y obligaciones financieras poniéndose en contacto con LIUNA Local 872 al (702) 452-4440. Los diputados tienen hasta las 3:00 p.m. del 26 de mayo de 2021 para pagar todas sus cuotas y obligaciones financieras en la oficina local y/o en línea(www.Local872.com)antes de las11:59 p.m. para poder votar.

Procedimientos de votación: Las papeletas se enviarán por correo a todos los miembros el 5 de mayo de 2021. Los miembros que no reciban una boleta antes del 10 de mayo de 2021 deben comunicarse con el Supervisor Electoral para solicitar una boleta de reemplazo. Los miembros que estropean su boleta y necesitan otra pueden solicitar una boleta de reemplazo poniéndose en contacto con el Supervisor Electoral por escrito (por correo, correo electrónico o fax) y/o por teléfono. Las solicitudes deben ser recibidas a más tardar a las 12:00 p.m. el 24 de mayo de 2021 para dar tiempo suficiente para que el Supervisor Electoral reciba, procese y envíe por correo la boleta de reemplazo, y para que la boleta votada sea devuelta antes de la fecha límite. Las papeletas de reemplazo no se pueden solicitar en nombre de otro miembro.

Recogida y recuento de papeletas: Las papeletas se recogerán de la oficina de correos designada y se contarán en el Salón de Reuniones Local 872 el 27 de mayo de 2021. Los resultados se anunciarán inmediatamente después del recuento.

Protestas electorales: Cualquier miembro en buen estado puede protestar por la realización de esta elección en cualquier momento durante o después de las elecciones, pero a más tardar a las 4:00 p.m. del 7 de junio de 2021. Todas las protestas electorales, preguntas y correspondencia con respecto a la elección supervisada deben hacerse por escrito directamente al Supervisor Electoral Phoenix Beausoleil, DOL-OLMS 915 Wilshire Blvd., Ste. 910, Los Ángeles, CA 90017; fax (213) 891-6968; o correo electrónico LADO-ElectionSupervisor@dol.gov .