CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTIN J. WALSH,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL 872, LABORERS<br>INTERNATIONAL UNION OF NORTH<br>AMERICA,<br><br>Defendant. | Case No. 2:15-cv-01979-GMN-CWH<br><br>**Notice of Errata to United States'<br>Index of Exhibits to Notice of<br>Certification of Election<br>(ECF No. 85-1)** |

The United States respectfully submits this Errata to its Index of Exhibits (ECF No. 85-1) in order to correct a clerical error. On July 26, 2021, Plaintiff filed a Notice of Certification of Election (ECF No. 85). Plaintiff attached to that Notice an Index of Exhibits that incorrectly identifies the exhibits. By this Errata, the following Index of Exhibits is to be substituted for ECF No.85-1 to correct this inadvertent clerical error.

Dated this 29th day of July 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney


 */s/ Troy K. Flake*
TROY K. FLAKE
Assistant United States Attorney

**Index of Exhibits**

- **Exhibit 1** – Court Orders dated August 25, 2017 (ECF No. 56), September 24, 2018 (ECF No. 69) and Ninth Circuit Court of Appeals Decision dated May 18, 2020 (ECF No. 79).

- **Exhibit 2** – Stipulation of Settlement (ECF No. 82).

- **Exhibit 3** – Pre-Election Conference Agenda.

- **Exhibit 4** – General Rules for Electing Officers.

- **Exhibit 5** – Election Timeline.

- **Exhibit 6** – Combined Nominations and Election Notice.